AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Nicopure Labs, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Health Max Group, Inc. <br><br> *Defendant(s)* | Civil Action No. 8:17 CV-730-T-24 TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Health Max Group, Inc.
through its Registered Agent
David Posel
5216 Sleater Kinney Road, N.E.
Olympia, Washington 98506-9332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David L. Luikart III
Hill, Ward & Henderson, P.A.
Post Office Box 2231
Tampa, Florida 33601-2231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 2 8 2017

*Signature of Clerk or Deputy Clerk*